EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Steven P Wiese
Lisa A Wiese

Debtor(s)

Case No. 05-58378

Chapter 13 Proceedings

Hon. STEVEN W. RHODES

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM.# | TRUSTEE CLM.# | CLASS OF CLAIM | CHECK# | AMT. OF CHECK |
|---|---|---|---|---|---|
| DAVID J WARTEL PHD<br>WARTEL PSYCHOLOGICAL SVCS<br>ATTN: OFFICE FOR RECEIPT OF PROCESS<br>6346 ORCHARD LAKE RD SUITE 107<br>WEST BLOOMFIELD, MI 48322 | 3-1 | 26 | CREDITOR UNCLAIMED | 3428265 | $.07 |
| TOTAL | | | | | $.07 |

Dated: 5/16/11

/S/KRISPEN S CARROLL
Krispen S. Carroll, Standing
Chapter 13 Trustee
719 Griswold, Ste. 1100
Detroit, MI 48226
(313) 962-5035